Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 24.7.90.25, <br><br> Defendant. | Case Number: 3:18-cv-01213-EDL <br><br> **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.7.90.25** <br><br> Magistrate Judge Elizabeth D. Laporte |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 24.7.90.25, are voluntarily dismissed with prejudice.

Dated:  May 1, 2018                                   Respectfully submitted,


                                                                                  By: /s/ *Lincoln D. Bandlow*
                                                                                  Lincoln D. Bandlow, Esq.
                                                                                  FOX ROTHSCHILD LLP
                                                                                  *Attorney for Plaintiff*